UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Francisco Robledo, | Case No. 4:16-cv-01823 |
| Plaintiff, | Honorable David Hittner |
| v. | |
| Stellar Recovery, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

Date: August 31, 2016

By:   s/ David M. Menditto____
David M. Menditto, Esq.
Illinois Bar No. 6216541
SD TX Bar No. 2590215
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: davidm@fairdebt411.com
*One of Plaintiff's Attorneys*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:


Alison N. Emery, Esq.
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

*Counsel for Defendant*


<u>s/ David M. Menditto</u>