United States District Court
Southern District of Texas
**ENTERED**
October 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Francisco Robledo, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-16-1823 |
| | § | |
| Stellar Recovery, Inc., | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Stipulation of Dismissal With Prejudice filed on October 12, 2016, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this  **13**  day of October, 2016.

DAVID HITTNER
United States District Judge